Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 23−17901−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
　Barbara Z. Puglisi
　19 Fontana Street
　Toms River, NJ 08757

Social Security No.:
　xxx−xx−7598

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

　　NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 19, 2023.

Dated: December 19, 2023
JAN: dmi

　　　　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　　　　Clerk

United States Bankruptcy Court

District of New Jersey

In re:   Case No. 23-17901-MBK
Barbara Z. Puglisi   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3   User: admin   Page 1 of 3
Date Rcvd: Dec 19, 2023   Form ID: plncf13   Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara Z. Puglisi, 19 Fontana Street, Toms River, NJ 08757-5741 |
| 520020895 | + | State of New Jersey, Division of Taxation, PO Box 245, Trenton, NJ 08602-0245 |
| 520087796 | + | TD Bank USA, N.A., C/O Weinstein & Riley, P.S., 1415 WESTERN AVE, SUITE 700, SEATTLE, WA 98101-2051 |
| 520021942 | + | Vincent Puglisi, 19 Fontana Street, Toms River, NJ 08757-5741 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 19 2023 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 19 2023 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520020872 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2023 21:26:42 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 520020873 | + | Email/PDF: bncnotices@becket-lee.com | Dec 19 2023 21:02:26 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 520020875 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2023 20:55:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 520020874 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2023 20:55:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 520086206 | | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 19 2023 20:55:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520020878 | | Email/Text: BKelectronicnotices@cenlar.com | Dec 19 2023 20:56:00 | Cenlar FSB, 425 Phillips Blvd, Trenton, NJ 08618 |
| 520020876 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2023 21:03:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 520020877 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 19 2023 21:02:19 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 520020879 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitycapital/bjsclb, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 520020880 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 19 2023 20:57:00 | Comenitycapital/bjsclb, Po Box 182120, Columbus, OH 43218-2120 |
| 520020881 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2023 21:02:57 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 520020882 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 19 2023 21:02:22 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 520025510 | | Email/Text: mrdiscen@discover.com | Dec 19 2023 20:55:00 | Discover Bank, Discover Products Inc, PO Box |

Case 23-17901-MBK    Doc 20    Filed 12/21/23    Entered 12/22/23 00:16:46    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-3 | User: admin | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 37 |

| Recipient | | Method | Date/Time | Address |
| --- | --- | --- | --- | --- |
| | | | | 3025, New Albany, OH 43054-3025 |
| 520020884 | + | Email/Text: mrdiscen@discover.com | Dec 19 2023 20:55:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 520020883 | + | Email/Text: mrdiscen@discover.com | Dec 19 2023 20:55:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 520023655 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 19 2023 20:56:00 | First National Bank of Omaha, 1620 Dodge St Stop Code 3113, Omaha, NE 68197 |
| 520020885 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 19 2023 20:56:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 520020886 | | Email/Text: collecadminbankruptcy@fnni.com | Dec 19 2023 20:56:00 | First National Bank of Omaha, P.o. Box 3412, Omaha, NE 68197 |
| 520020888 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 19 2023 21:02:06 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 520020887 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 19 2023 21:02:36 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 520020889 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 19 2023 20:57:00 | Internal Service Revenue, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520020890 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2023 20:55:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 520020891 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 19 2023 20:55:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 520064224 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 19 2023 21:02:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520020892 | + | Email/Text: bankruptcy@sccompanies.com | Dec 19 2023 20:58:00 | Midnight Velvet/Swiss Colony, Attn: Bankruptcy, 1112 Seventh Ave, Monroe, WI 53566-1364 |
| 520020893 | + | Email/Text: bankruptcy@sccompanies.com | Dec 19 2023 20:58:00 | Midnight Velvet/Swiss Colony, 1112 7th Ave, Monroe, WI 53566-1364 |
| 520081803 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 19 2023 21:02:21 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520088790 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 19 2023 20:58:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 520020894 | ^ | MEBN | Dec 19 2023 20:50:09 | Publishers Clearing House, PO Box 6344, Harlan, IA 51593-1844 |
| 520020897 | + | Email/Text: bncmail@w-legal.com | Dec 19 2023 20:57:00 | Target, Po Box 673, Minneapolis, MN 55440-0673 |
| 520020896 | + | Email/Text: bncmail@w-legal.com | Dec 19 2023 20:57:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 33

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2023 | Form ID: plncf13 | Total Noticed: 37 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2023           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor M&T BANK dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Robert Cameron Legg | on behalf of Debtor Barbara Z. Puglisi courtdocs@oliverandlegg.com;legg.r.c.r59915@notify.bestcase.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4