| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2023 to 01/25/2024
**Chapter 13 Case No. 23-17901 / MBK**

Barbara Z. Puglisi

Petition Filed Date: 09/11/2023
341 Hearing Date: 11/02/2023
Confirmation Date: 12/13/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/10/2023 | $407.00 | | 11/13/2023 | $407.00 | | 12/11/2023 | $407.00 | |
| 01/16/2024 | $407.00 | | | | | | | |

**Total Receipts for the Period: $1,628.00    Amount Refunded to Debtor Since Filing: $0.00  Total Receipts Since Filing: $1,628.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Barbara Z. Puglisi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $746.44 | $2,383.56 |
| 1 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $10,619.23 | $0.00 | $10,619.23 |
| 2 | DISCOVER BANK | Unsecured Creditors | $12,041.87 | $0.00 | $12,041.87 |
| 3 | LVNV FUNDING LLC<br>»»  RESURGENT ACQUISITIONS LLC | Unsecured Creditors | $1,439.94 | $0.00 | $1,439.94 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» BJ'S | Unsecured Creditors | $7,561.03 | $0.00 | $7,561.03 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $2,330.02 | $0.00 | $2,330.02 |
| 6 | TD BANK USA NA | Unsecured Creditors | $4,451.92 | $0.00 | $4,451.92 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,057.32 | $0.00 | $1,057.32 |

**Chapter 13 Case No. 23-17901 / MBK**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/25/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,628.00 | Plan Balance: | $17,908.00 ** |
| Paid to Claims: | $746.44 | Current Monthly Payment: | $407.00 |
| Paid to Trustee: | $135.12 | Arrearages: | $0.00 |
| Funds on Hand: | $746.44 | Total Plan Base: | $19,536.00 |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit **www.TFSBillPay.com** for more information.

View your case information online for *FREE*! Register today at **www.ndc.org** or scan this code to get started.



**This is an approximate balance. Additional allowed claims and other variables may affect the amount to complete the plan.