| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 23-17901 / MBK**

Barbara Z. Puglisi

Petition Filed Date: 09/11/2023
341 Hearing Date: 11/02/2023
Confirmation Date: 12/13/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/16/2024 | $407.00 | | 02/12/2024 | $407.00 | | 03/11/2024 | $407.00 | |
| 04/15/2024 | $407.00 | | 05/13/2024 | $407.00 | | 06/10/2024 | $407.00 | |
| 07/15/2024 | $407.00 | | 08/12/2024 | $407.00 | | 09/10/2024 | $407.00 | |
| 10/15/2024 | $407.00 | | 11/12/2024 | $407.00 | | 12/09/2024 | $407.00 | |

**Total Receipts for the Period:  $4,884.00    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $6,512.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | Barbara Z. Puglisi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $3,130.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $10,619.23 | $587.72 | $10,031.51 |
| 2 | DISCOVER BANK | Unsecured Creditors | $12,041.87 | $666.45 | $11,375.42 |
| 3 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,439.94 | $79.70 | $1,360.24 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE/BJ'S | Unsecured Creditors | $7,561.03 | $418.46 | $7,142.57 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $2,330.02 | $128.97 | $2,201.05 |
| 6 | TD BANK USA NA | Unsecured Creditors | $4,451.92 | $246.39 | $4,205.53 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,057.32 | $58.52 | $998.80 |

**Chapter 13 Case No. 23-17901 / MBK**

<table>
<tr><td colspan="4" align="center"><strong>SUMMARY</strong></td></tr>
<tr><td colspan="4">Summary of all receipts and disbursements from date filed through 1/23/2025:</td></tr>
<tr><td>Total Receipts:</td><td>$6,512.00</td><td>Plan Balance:</td><td>$13,024.00 **</td></tr>
<tr><td>Paid to Claims:</td><td>$5,316.21</td><td>Current Monthly Payment:</td><td>$407.00</td></tr>
<tr><td>Paid to Trustee:</td><td>$450.99</td><td>Arrearages:</td><td>$0.00</td></tr>
<tr><td>Funds on Hand:</td><td>$744.80</td><td>Total Plan Base:</td><td>$19,536.00</td></tr>
</table>

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**



 **\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**