Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 23-17901 / MBK**

Barbara Z. Puglisi

Petition Filed Date: 09/11/2023
341 Hearing Date: 11/02/2023
Confirmation Date: 12/13/2023

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|------|--------|-----------|------|--------|-----------|------|--------|-----------|
| 01/13/2025 | $407.00 | | 02/10/2025 | $407.00 | | 03/10/2025 | $407.00 | |
| 04/14/2025 | $407.00 | | 05/12/2025 | $407.00 | | 06/09/2025 | $407.00 | |
| 07/14/2025 | $407.00 | | 08/12/2025 | $407.00 | | 09/16/2025 | $407.00 | |
| 10/14/2025 | $407.00 | | 11/10/2025 | $407.00 | | 12/15/2025 | $407.00 | |
| 01/12/2026 | $407.00 | | 02/09/2026 | $407.00 | | | | |

**Total Receipts for the Period:  $5,698.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $11,803.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---------|---------------|-------|--------------|-------------|-------------|
| 0 | Barbara Z. Puglisi | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | Robert Cameron Legg, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,130.00 | $3,130.00 | $0.00 |
| 1 | FIRST NATIONAL BANK OMAHA | Unsecured Creditors | $10,619.23 | $1,892.81 | $8,726.42 |
| 2 | DISCOVER BANK | Unsecured Creditors | $12,041.87 | $2,146.39 | $9,895.48 |
| 3 | LVNV FUNDING LLC<br>»» CREDIT ONE BANK | Unsecured Creditors | $1,439.94 | $242.92 | $1,197.02 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» CAPITAL ONE/BJ'S | Unsecured Creditors | $7,561.03 | $1,347.71 | $6,213.32 |
| 5 | BANK OF AMERICA | Unsecured Creditors | $2,330.02 | $415.31 | $1,914.71 |
| 6 | TD BANK USA, NA | Unsecured Creditors | $4,451.92 | $793.53 | $3,658.39 |
| 7 | PREMIER BANKCARD, LLC. | Unsecured Creditors | $1,057.32 | $178.38 | $878.94 |

**Chapter 13 Case No. 23-17901 / MBK**

<table>
<tr><td colspan="4" align="center"><strong>SUMMARY</strong></td></tr>
<tr><td colspan="4">Summary of all receipts and disbursements from date filed through 2/19/2026:</td></tr>
<tr><td>Total Receipts:</td><td>$11,803.00</td><td>Plan Balance:</td><td>$7,733.00 **</td></tr>
<tr><td>Paid to Claims:</td><td>$10,147.05</td><td>Current Monthly Payment:</td><td>$407.00</td></tr>
<tr><td>Paid to Trustee:</td><td>$878.37</td><td>Arrearages:</td><td>$0.00</td></tr>
<tr><td>Funds on Hand:</td><td>$777.58</td><td>Total Plan Base:</td><td>$19,536.00</td></tr>
</table>

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE*! **Register today at www.ndc.org or**
**scan this code to get started.**



**\*\*This is an approximate balance.  Additional allowed claims and other variables may affect the amount to complete the plan.**